**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | | Case No. 3:05PO090 |
| Plaintiff, | : | |
| | | |
| vs. | : | |
| | | Magistrate Judge Sharon L. Ovington |
| JOSHUA D. WEAVER, | : | |
| | | |
| | : | |
| Defendant. | | |

**ORDER FINDING DEFENDANT NOT GUILTY**

      Upon consideration of the evidence adduced at trial and in weighing the credibility of the witnesses presented the Court finds that the United States failed to establish proof beyond a reasonable doubt that Defendant was driving while under the influence of alcohol or a drug of abuse in violation of Ohio Revised Code § 4511.19(A)(1)(a) and 18 U.S.C. §§ 7 & 13. Accordingly, the Court finds Defendant not guilty of the offenses charged.

June 27, 2007

                                                  s/ Sharon L. Ovington
                                                   Sharon L. Ovington
                                            United States Magistrate Judge